```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 25012
   CESAR SANCHEZ
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4589

---------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
   The case was filed on 09/20/2008 and was not confirmed.

   The case was dismissed without confirmation 12/17/2008.
---------------------------------------------------------------------------
CREDITOR NAME          CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
---------------------------------------------------------------------------
NUVELL CREDIT CO LLC   SECURED VEHIC    13888.00            .00         675.05
NUVELL CREDIT CO LLC   UNSECURED          289.99            .00            .00
SAXON MORTGAGE SERVICES CURRENT MORTG        .00            .00            .00
SAXON MORTGAGE SERVICES MORTGAGE ARRE        .00            .00            .00
ASSET ACCEPTANCE LLC   UNSECURED          136.30            .00            .00
ARROW FINANCIAL SERV   UNSECURED        NOT FILED           .00            .00
AT&T                   UNSECURED        NOT FILED           .00            .00
CITY OF CHICAGO DEPT OF UNSECURED         4560.00           .00            .00
CONTINENTAL ASSET      UNSECURED        NOT FILED           .00            .00
PRA RECEIVABLES MGMT   UNSECURED          200.44            .00            .00
PRA RECEIVABLES MGMT   UNSECURED          271.51            .00            .00
PRA RECEIVABLES MGMT   UNSECURED          644.44            .00            .00
SAXON MORTGAGE SERVICES MORTGAGE NOTI  NOT FILED           .00            .00
ASSET ACCEPTANCE LLC   UNSECURED          206.22            .00            .00
DAVID M SIEGEL         DEBTOR ATTY          .00                            .00
TOM VAUGHN             TRUSTEE                                           54.95
DEBTOR REFUND          REFUND                                              .00

      Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE             730.00

PRIORITY                                        .00
SECURED                                      675.05
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                          54.95
DEBTOR REFUND                                   .00
                    ---------------     ---------------
TOTALS              730.00                   730.00


              PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 25012 CESAR SANCHEZ
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 25012 CESAR SANCHEZ